UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| In the matter of: | Chapter 13 |
|---|---|
| Michael Matthew Daly, Debtor. | Case No. 1:19-bk-02093-HWV |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing, Movant vs. Michael Matthew Daly, Debtor, Charles J DeHart, III, Trustee, Respondents. | CONTESTED MATTER |

AFFIDAVIT

STATE OF SC
COUNTY OF Greenville

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, Carrie Dockter, who after being duly sworn deposes and states as follows:

1.

My name is Carrie Dockter, and I am Case Manager of NewRez LLC d/b/a Shellpoint Mortgage Servicing, (hereinafter "Movant"). As part of my job responsibilities for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors or assigns, I have personal knowledge of and am familiar with the types of records maintained by NewRez LLC d/b/a Shellpoint Mortgage Servicing, in connection with the account that is the subject of this Affidavit (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of NewRez LLC d/b/a Shellpoint Mortgage Servicing, that pertain to the Account and extensions of credit given to Debtor(s) concerning the property securing such Account. I make this Affidavit in

connection with the Stipulation Vacating Relief from Stay ("Order") (Docket # 45) entered by Honorable Henry W. Van Eck on or about April 28, 2020

2.

I hereby confirm that the Debtor/ Respondent, Michael Matthew Daly has failed to comply with the aforementioned Order in that Respondent has failed to make the following payments as required by said order.

As of December 31, 2020, debtor is due for the following:

| | |
|---|---|
| September 1, 2020 Post-Petition Payment | $1,195.99 |
| October 1, 2020 Post-Petition Payment | $1,195.99 |
| November 1, 2020 Post-Petition Payment | $1,195.99 |
| December 1, 2020 Post-Petition Payment | $1,195.99 |
| Suspense | $20.05 |
| **TOTAL OWED** | **$4,763.91** |

3.

Upon the expiration of fourteen (14) days without the filing of a counter affidavit by the Debtor(s) disputing the fact of the default, Movant seeks an order entered lifting the automatic stay.

Further, Affiant sayeth not.

_____
Affiant

SWORN TO AND SUBSCRIBED
BEORE ME THIS _18_ DAY OF 2020

_____
Notary Public Sandra D McCoy
My Commission Expires: 06/07/2026

