# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA- HARRISBURG DIVISION

| | |
|---|---|
| IN RE: <br><br> MICHAEL MATTHEW DALY, <br>    DEBTOR. <br><br> DITECH FINANCIAL LLC, <br>    MOVANT. <br> V. <br> MICHAEL MATTHEW DALY, <br>    DEBTOR/RESPONDENT. <br><br> CHARLES J DEHART, III, ESQUIRE <br>    TRUSTEE <br>                              RESPONDENTS | BANKRUPTCY 19-02093-HWV <br><br> CHAPTER 13 <br><br><br><br> RELATED TO: DOC. NO. 25 <br><br> HEARING DATE: 02/11/2020 @09:30 AM |

## STIPULATION VACATING RELIEF

AND NOW, comes Movant, Ditech Financial LLC, by and through its undersigned counsel, Keri P. Ebeck, Esquire and, Debtor, Michael Matthew Daly ("Debtor"), by and through his undersigned counsel, Paul Donald Murphy-Ahles, Esq. and together file this Stipulation Vacating Relief from Stay (the "Stipulation"), stating as follows:

1. The automatic stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. The Relief Order entered on February 12, 2020 is hereby vacated.

3. Movant has an interest in Debtor's property more fully described as that certain real property located at 138 North Keesey Street, York, PA 17402 (hereinafter the "Property").

4. As of the date of this Stipulation, the total post-petition arrears due to Movant are $12,978.12 This figure is comprised of six (6) monthly payments in the amount of $1,193.86, four (4) monthly payments in the amount of $1,195.99, and $1,031.00 attorney's fees and cost.

5. The Debtor will cure the post-petition arrears and attorney's fees and cost by amending the plan.

6. Debtor further agrees to file an Amended chapter 13 plan and maintain timely monthly payments as they come due on real property.

7. If Debtor defaults on the terms of this stipulation or fails to maintain timely monthly payments, Movant may send Debtor and counsel a written notice of default of this Stipulation. Movant may send the written notice by fax or e-mail, instead of or in addition to regular mail. If the default is not cured within fourteen (14) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the Property without further hearing. If Debtor sends a payment that is returned for insufficient funds, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the Property without further hearing. If the default is not cured by payment within fourteen (14) days of the date of mailing of the Notice of Default, Movant shall have the right to have an Order terminating the automatic stay entered.

8. If Debtor has defaulted on the Stipulation in two separate months then, if Debtor defaults a third time, Movant may file a Certification of Default without having to first send Debtor notice of the Default.

9. In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtor shall cure the pre-petition and post-petition arrears within ten (10) days from the date of such conversion. Should Debtor fail to cure said arrears within the ten-day period, such failure shall be deemed a default under the terms of this Stipulation and Movant may send Debtors and counsel a written notice of default. If the default is not cured within ten (10) days from the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Property.

10. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Written by:

By: /s/
Keri P. Ebeck, Esquire
Attorney ID No. 91298
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
(412) 456-8112

DATE: 4/27/2020

AGREED BY:

By:/s/
Paul Donald Murphy-Ahles, Esquire
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
717-975-9446
Fax : 717-975-2309
Email: pmurphy@dplglaw.com

By: /s/
for Charles J DeHart, III (Trustee)
P.A I.D:
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Telephone: 717 566-6097

DATE: 4/27/20



| James Robertson, Esquire | Everett Anschutz, Esquire | David J. Schneid, Esquire | John Crane, Esquire |
|---|---|---|---|
| Member of Texas Bar | Member of Texas Bar | Member of Florida Bar | Member of Texas Bar |

July 14, 2020

**Paul Donald Murphy-Ahles**
**Dethlefs Pykosh & Murphy**
2132 Market Street
Camp Hill, PA 17011
717-975-9446
Fax : 717-975-2309
Email: pmurphy@dplglaw.com

**Michael Matthew Daly**
138 North Keesey Street
York, PA 17402

SENT VIA EMAIL AND U.S. MAIL

RE: Notice of Default for Michael Matthew Daly
Case No: 1:19-bk-02093-HWV

Dear Debtor and Debtor's Counsel,

I represent Shellpoint Mortgage Servicing, as servicer for Newrez LLC D/B/A Shellpoint Mortgage Servicing, the servicer for mortgage on your property located at 138 North Keesey Street. York, PA 17402 Please consider this letter as a Notice of Default under the terms of the Stipulation Vacating Relief (DE #45) ("Stipulation").

According to for Newrez LLC D/B/A Shellpoint Mortgage Servicing, the Debtor has not made the following payments pursuant to the Stipulation. Pursuant to the Stipulation, entered on April 27, 2020, Order Modifying Stay hereby provides notice demanding the default be cured within fourteen (14) days of the date of this notice.

The breakdown of the Debtors' default is as follows:

| | |
|---|---|
| April 01, 2020 Post-Petition Payment | $1,195.99 |
| May 01, 2020 Post-Petition Payment | $1,195.99 |
| June 01, 2020 Post-Petition Payment | $1,195.99 |
| **Total Amount Due to Cure Default:** | $3,587.97 |

The address where payments should be sent is:

Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, Ohio 45274-0039

Pursuant to the Stipulation, failure to cure this default within fourteen (14) days from the date of this notice will result in Newrez LLC D/B/A Shellpoint Mortgage Servicing filing an order terminating the automatic stay.

Please notify me once the payment has been sent, and please provide me with proof of the payment as well. Should you have any further questions, please feel free to contact me.

Sincerely,

/s/ Charles G. Wohlrab
Charles G. Wohlrab, Esq.

**Robertson, Anschutz, Schneid & Crane LLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | | Stip Fwd | | | |
| 4/1/2020 | 12/8/2020 | $6,000.00 | $1,195.99 | $ 4,804.01 | $ 4,804.01 |
| 5/1/2020 | | | $1,195.99 | $ (1,195.99) | $ 3,608.02 |
| 6/1/2020 | | | $1,195.99 | $ (1,195.99) | $ 2,412.03 |
| 7/1/2020 | | | $1,195.99 | $ (1,195.99) | $ 1,216.04 |
| 8/1/2020 | | | $1,195.99 | $ (1,195.99) | $ 20.05 |
| 9/1/2020 | | | $1,195.99 | $ (1,195.99) | $ (1,175.94) |
| 10/1/2020 | | | $1,195.99 | $ (1,195.99) | $ (2,371.93) |
| 11/1/2020 | | | $1,195.99 | $ (1,195.99) | $ (3,567.92) |
| 12/1/2020 | | | $1,195.99 | $ (1,195.99) | $ (4,763.91) |

| Loan Number | |
|---|---|
| Debtor | Daly, Michael |
| BK filed date | 5/14/2019 |
| BK Case # | 1902093 |
| Loan Acquired | 2/4/2020 |
| Post Next Due | **9/1/2020** |
| Suspense | $ 20.05 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 9/1/2020-12/1/2020 | $1,195.99 | 4 | $ 4,783.96 |
| | | Subtotal | $ 4,783.96 |
| | | Less Unapplied | $ 20.05 |
| | | Total to bring current | $ 4,763.91 |

$ 4,783.96
$ (4,763.91)
$ 20.05 unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601

| Transaction_Date | Effective_Date | Due_Date | Transaction_Amount |
|---|---|---|---|
| 4/3/2020 | 4/3/2020 | 4/5/2020 | ($131.70) |
| 4/29/2020 | 4/29/2020 | 6/1/2018 | ($8.05) |
| 5/1/2020 | 5/1/2020 | 6/1/2018 | ($45.00) |
| 5/7/2020 | 5/7/2020 | 5/5/2020 | ($131.70) |
| 5/8/2020 | 5/8/2020 | 6/1/2018 | ($850.00) |
| 5/14/2020 | 5/14/2020 | 6/1/2018 | ($20.00) |
| 5/21/2020 | 5/21/2020 | 6/1/2018 | $20.00 |
| 5/21/2020 | 5/21/2020 | 6/1/2018 | ($20.00) |
| 5/21/2020 | 5/21/2020 | 6/1/2018 | ($20.00) |
| 6/10/2020 | 6/10/2020 | 6/5/2020 | ($131.70) |
| 6/17/2020 | 6/17/2020 | 6/1/2018 | ($20.00) |
| 6/18/2020 | 6/18/2020 | 6/1/2018 | ($5.27) |
| 6/23/2020 | 6/23/2020 | 6/1/2018 | ($1.50) |
| 6/26/2020 | 6/26/2020 | 7/5/2020 | ($131.70) |
| 7/1/2020 | 7/1/2020 | 6/1/2018 | ($0.10) |
| 7/1/2020 | 7/1/2020 | 6/1/2018 | ($0.05) |
| 7/20/2020 | 7/20/2020 | 6/1/2018 | ($20.00) |
| 7/20/2020 | 7/20/2020 | 6/1/2018 | ($5.00) |
| 7/21/2020 | 7/21/2020 | 6/1/2018 | ($100.00) |
| 7/31/2020 | 7/31/2020 | 8/31/2020 | ($2,605.27) |
| 8/6/2020 | 8/6/2020 | 8/1/2020 | ($131.70) |
| 8/14/2020 | 8/14/2020 | 6/1/2018 | $92.45 |
| 8/14/2020 | 8/14/2020 | 6/1/2018 | $75.54 |
| 8/16/2020 | 8/16/2020 | 6/1/2018 | $167.99 |
| 8/16/2020 | 8/16/2020 | 6/1/2018 | ($167.99) |
| 8/18/2020 | 8/18/2020 | 6/1/2018 | ($20.00) |
| 9/1/2020 | 9/1/2020 | 9/1/2020 | ($131.70) |
| 9/2/2020 | 9/2/2020 | 6/1/2018 | ($7.00) |
| 9/8/2020 | 9/8/2020 | 6/1/2018 | ($68.75) |
| 9/8/2020 | 9/8/2020 | 6/1/2018 | ($12.00) |
| 9/21/2020 | 9/21/2020 | 6/1/2018 | $251.60 |
| 9/21/2020 | 9/21/2020 | 6/1/2018 | $307.93 |
| 9/22/2020 | 9/22/2020 | 6/1/2018 | $559.53 |
| 9/22/2020 | 9/22/2020 | 6/1/2018 | ($559.53) |
| 9/24/2020 | 9/24/2020 | 6/1/2018 | ($20.00) |
| 9/29/2020 | 9/29/2020 | 6/1/2018 | $850.00 |
| 9/29/2020 | 9/29/2020 | 6/1/2018 | ($850.00) |
| 10/5/2020 | 10/5/2020 | 10/1/2020 | ($131.70) |
| 10/19/2020 | 10/19/2020 | 6/1/2018 | ($20.00) |
| 10/20/2020 | 10/20/2020 | 6/1/2018 | $373.02 |
| 10/20/2020 | 10/20/2020 | 6/1/2018 | ($373.02) |
| 10/20/2020 | 10/19/2020 | 6/1/2018 | $167.73 |
| 10/20/2020 | 10/19/2020 | 6/1/2018 | $205.29 |
| 11/1/2020 | 11/1/2020 | 6/1/2018 | ($0.15) |
| 11/3/2020 | 11/3/2020 | 11/1/2020 | ($131.70) |
| 11/6/2020 | 11/5/2020 | 6/1/2018 | $84.80 |
| 11/6/2020 | 11/5/2020 | 6/1/2018 | $103.78 |
| 11/8/2020 | 11/8/2020 | 6/1/2018 | $188.58 |
| 11/8/2020 | 11/8/2020 | 6/1/2018 | ($188.58) |

| | | | |
|---|---|---|---|
| 12/3/2020 | 12/3/2020 | 6/1/2018 | ($20.00) |
| 12/4/2020 | 12/4/2020 | 12/1/2020 | ($131.70) |
| 12/8/2020 | 12/8/2020 | 2/1/2019 | $372.40 |
| 12/8/2020 | 12/8/2020 | 1/1/2019 | $703.45 |
| 12/8/2020 | 12/8/2020 | 12/1/2018 | $703.45 |
| 12/8/2020 | 12/8/2020 | 11/1/2018 | $703.45 |
| 12/8/2020 | 12/8/2020 | 10/1/2018 | $703.45 |
| 12/8/2020 | 12/8/2020 | 9/1/2018 | $703.45 |
| 12/8/2020 | 12/8/2020 | 8/1/2018 | $703.45 |
| 12/8/2020 | 12/8/2020 | 7/1/2018 | $703.45 |
| 12/8/2020 | 12/8/2020 | 6/1/2018 | $703.45 |
| 12/8/2020 | 12/8/2020 | 6/1/2018 | ($5.00) |

| Description | Sub_Code | Money_Type | Reversal_Flag |
|---|---|---|---|
| Insurance Premium Disbursement | Routine Inspection | None | None |
| 3rd Party Recov Fees Disb | Certified Mail Cost | ACH | None |
| 3rd Party Recov Fees Disb | Bk Costs | Check | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| Other Fees Disb | Motion For Relief | Check | None |
| Other Fees Disb | Property Inspection | Check | None |
| Other Fee Payment | Property Inspection | Lockbox | None |
| Other Fees Disb | Property Inspection | Check | None |
| 3rd Party Recov Fees Pmt | Property Inspection | Lockbox | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| Other Fees Disb | Property Inspection | Check | None |
| Nonrecoverable Fees Disb | Insurance Cost | ACH | None |
| 3rd Party Recov Fees Disb | Tax Search Report | ACH | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| 3rd Party Recov Fees Disb | Insurance Cost | ACH | None |
| 3rd Party Recov Fees Disb | Insurance Cost | ACH | None |
| Other Fees Disb | Property Inspection | Check | None |
| 3rd Party Recov Fees Disb | Tax Agency Cost | ACH | None |
| 3rd Party Recov Fees Disb | Bk Costs | Check | None |
| Tax Bill 1 Disbursement | Lien Release Cost | None | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| Prepetition Unapplied Pmt | | Wire | None |
| Prepetition Unapplied Pmt | | Wire | None |
| Escrow Only Payment | | Prepetition | None |
| Prepetition Unapplied Pmt | | Prepetition | None |
| Other Fees Disb | Property Inspection | Check | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| 3rd Party Recov Fees Disb | Document Retrieval | ACH | None |
| 3rd Party Recov Fees Disb | Recording AOM | ACH | None |
| 3rd Party Recov Fees Disb | Assignment Prep | ACH | None |
| Prepetition Unapplied Pmt | | Wire | None |
| Prepetition Unapplied Pmt | | Wire | None |
| Escrow Only Payment | | Prepetition | None |
| Prepetition Unapplied Pmt | | Prepetition | None |
| Other Fees Disb | Property Inspection | Check | None |
| Other Fee Payment | Motion For Relief | Lockbox | None |
| 3rd Party Recov Fees Pmt | Bk Costs | Lockbox | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| Other Fees Disb | Property Inspection | Check | None |
| Escrow Only Payment | | Prepetition | None |
| Prepetition Unapplied Pmt | | Prepetition | None |
| Prepetition Unapplied Pmt | | Lockbox | None |
| Prepetition Unapplied Pmt | | Lockbox | None |
| 3rd Party Recov Fees Disb | Certified Mail Cost | ACH | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| Prepetition Unapplied Pmt | | Wire | None |
| Prepetition Unapplied Pmt | | Wire | None |
| Escrow Only Payment | | Prepetition | None |
| Prepetition Unapplied Pmt | | Prepetition | None |

| | | | |
|---|---|---|---|
| Other Fees Disb | Property Inspection | Check | None |
| Insurance Premium Disbursement | Routine Inspection | None | None |
| Unapplied Payment | | Check | None |
| Regular Payment | | Check | None |
| Regular Payment | | Check | None |
| Regular Payment | | Check | None |
| Regular Payment | | Check | None |
| Regular Payment | | Check | None |
| Regular Payment | | Check | None |
| Regular Payment | | Check | None |
| Regular Payment | | Check | None |
| 3rd Party Recov Fees Disb | Tax Agency Cost | ACH | None |

| Reversal_Code | Principal_Amount | Interest_Amount | Escrow_Amount | Late_Charges |
|---|---|---|---|---|
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | ($2,605.27) | $0.00 |
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $167.99 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $559.53 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $373.02 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |
| None | | | $188.58 | $0.00 |
| None | | | $0.00 | $0.00 |

| None | | | $0.00 | $0.00 |
|---|---|---|---|---|
| None | | | ($131.70) | $0.00 |
| None | | | $0.00 | $0.00 |
| None | $213.10 | $490.35 | $0.00 | $0.00 |
| None | $212.37 | $491.08 | $0.00 | $0.00 |
| None | $211.65 | $491.80 | $0.00 | $0.00 |
| None | $210.92 | $492.53 | $0.00 | $0.00 |
| None | $210.20 | $493.25 | $0.00 | $0.00 |
| None | $209.48 | $493.97 | $0.00 | $0.00 |
| None | $208.76 | $494.69 | $0.00 | $0.00 |
| None | $208.05 | $495.40 | $0.00 | $0.00 |
| None | | | $0.00 | $0.00 |

| Principal_Balance | Escrow_Balance | Late_Charge_Balance | Suspense_Balance |
|---|---|---|---|
| $144,117.38 | ($9,519.09) | $0.00 | 0 |
| $144,117.38 | ($9,519.09) | $0.00 | 0 |
| $144,117.38 | ($9,519.09) | $0.00 | 0 |
| $144,117.38 | ($9,650.79) | $0.00 | 0 |
| $144,117.38 | ($9,650.79) | $0.00 | 0 |
| $144,117.38 | ($9,650.79) | $0.00 | 0 |
| $144,117.38 | ($9,650.79) | $0.00 | 0 |
| $144,117.38 | ($9,650.79) | $0.00 | 0 |
| $144,117.38 | ($9,650.79) | $0.00 | 0 |
| $144,117.38 | ($9,782.49) | $0.00 | 0 |
| $144,117.38 | ($9,782.49) | $0.00 | 0 |
| $144,117.38 | ($9,782.49) | $0.00 | 0 |
| $144,117.38 | ($9,782.49) | $0.00 | 0 |
| $144,117.38 | ($9,914.19) | $0.00 | 0 |
| $144,117.38 | ($9,914.19) | $0.00 | 0 |
| $144,117.38 | ($9,914.19) | $0.00 | 0 |
| $144,117.38 | ($9,914.19) | $0.00 | 0 |
| $144,117.38 | ($9,914.19) | $0.00 | 0 |
| $144,117.38 | ($9,914.19) | $0.00 | 0 |
| $144,117.38 | ($12,519.46) | $0.00 | 0 |
| $144,117.38 | ($12,651.16) | $0.00 | 0 |
| $144,117.38 | ($12,651.16) | $0.00 | 167.99 |
| $144,117.38 | ($12,651.16) | $0.00 | 75.54 |
| $144,117.38 | ($12,483.17) | $0.00 | 0 |
| $144,117.38 | ($12,651.16) | $0.00 | 0 |
| $144,117.38 | ($12,483.17) | $0.00 | 0 |
| $144,117.38 | ($12,614.87) | $0.00 | 0 |
| $144,117.38 | ($12,614.87) | $0.00 | 0 |
| $144,117.38 | ($12,614.87) | $0.00 | 0 |
| $144,117.38 | ($12,614.87) | $0.00 | 0 |
| $144,117.38 | ($12,614.87) | $0.00 | 559.53 |
| $144,117.38 | ($12,614.87) | $0.00 | 307.93 |
| $144,117.38 | ($12,055.34) | $0.00 | 0 |
| $144,117.38 | ($12,614.87) | $0.00 | 0 |
| $144,117.38 | ($12,055.34) | $0.00 | 0 |
| $144,117.38 | ($12,055.34) | $0.00 | 0 |
| $144,117.38 | ($12,055.34) | $0.00 | 0 |
| $144,117.38 | ($12,187.04) | $0.00 | 0 |
| $144,117.38 | ($12,187.04) | $0.00 | 0 |
| $144,117.38 | ($11,814.02) | $0.00 | 0 |
| $144,117.38 | ($12,187.04) | $0.00 | 0 |
| $144,117.38 | ($12,187.04) | $0.00 | 373.02 |
| $144,117.38 | ($12,187.04) | $0.00 | 205.29 |
| $144,117.38 | ($11,814.02) | $0.00 | 0 |
| $144,117.38 | ($11,945.72) | $0.00 | 0 |
| $144,117.38 | ($11,945.72) | $0.00 | 188.58 |
| $144,117.38 | ($11,945.72) | $0.00 | 103.78 |
| $144,117.38 | ($11,757.14) | $0.00 | 0 |
| $144,117.38 | ($11,945.72) | $0.00 | 0 |

| | | | |
|---|---|---|---|
| $144,117.38 | ($11,757.14) | $0.00 | 0 |
| $144,117.38 | ($11,888.84) | $0.00 | 0 |
| $142,432.85 | ($11,888.84) | $0.00 | 372.4 |
| $142,432.85 | ($11,888.84) | $0.00 | 0 |
| $142,645.95 | ($11,888.84) | $0.00 | 0 |
| $142,858.32 | ($11,888.84) | $0.00 | 0 |
| $143,069.97 | ($11,888.84) | $0.00 | 0 |
| $143,280.89 | ($11,888.84) | $0.00 | 0 |
| $143,491.09 | ($11,888.84) | $0.00 | 0 |
| $143,700.57 | ($11,888.84) | $0.00 | 0 |
| $143,909.33 | ($11,888.84) | $0.00 | 0 |
| $144,117.38 | ($11,888.84) | $0.00 | 0 |