UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                    CHAPTER 13
                                                                                      CASE NO.: 1:19-bk-02093-HWV

**Michael Matthew Daly**

      Debtor,

_____/

**NewRez LLC d/b/a Shellpoint Mortgage Servicing,**

      Secured Creditor,

v.

**Michael Matthew Daly**

**Michael Matthew Daly**

      Respondents.

_____/

## ORDER OF COURT

AND NOW, this 28th day of December, 2020, upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to NewRez LLC d/b/a Shellpoint Mortgage Servicing; and it is further

ORDERED, that NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property

located at 138 North Keesey Street, York, Pennsylvania 17402, including without limitation a sheriff's sale of the property, and it is further

ORDERED that NewRez LLC d/b/a Shellpoint Mortgage Servicing request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

Dated: December 28, 2020  By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)