# Notice Recipients

District/Off: 0314−1    User: AutoDocketer    Date Created: 12/28/2020
Case: 1:19−bk−02093−HWV    Form ID: pdf010    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Charles G. Wohlrab    cwohlrab@rascrane.com
aty    Paul Donald Murphy−Ahles    pmurphy@dplglaw.com

TOTAL: 2